IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Henderson, Kawada L | Case Number: 07 B 04671 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 01/22/09 | Filed: 3/16/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 24, 2008
Confirmed: August 16, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 8,708.34 | |
| Secured: | | 1,451.14 |
| Unsecured: | | 3,798.50 |
| Priority: | | 0.00 |
| Administrative: | | 2,450.00 |
| Trustee Fee: | | 487.62 |
| Other Funds: | | 521.08 |
| Totals: | 8,708.34 | 8,708.34 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Remedies | Administrative | 2,450.00 | 2,450.00 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Citi Residential Lending Inc | Secured | 15,220.62 | 1,451.14 |
| 4. | Midland Credit Management | Unsecured | 526.89 | 526.89 |
| 5. | Bank Of America | Unsecured | 1,281.05 | 1,281.05 |
| 6. | Jefferson Capital | Unsecured | 1,085.40 | 1,085.40 |
| 7. | First Bank Of Delware | Unsecured | 439.71 | 439.71 |
| 8. | RoundUp Funding LLC | Unsecured | 262.45 | 262.45 |
| 9. | Midland Credit Management | Unsecured | 203.00 | 203.00 |
| 10. | Medical Payment Data | Unsecured | | No Claim Filed |
| 11. | First Premier | Unsecured | | No Claim Filed |
| 12. | Harcourt Learning Center | Unsecured | | No Claim Filed |
| 13. | Washington Mutual Home Loan | Unsecured | | No Claim Filed |
| 14. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| 15. | SBC | Unsecured | | No Claim Filed |
| 16. | First Premier Bank | Unsecured | | No Claim Filed |
| | | | $ 21,469.12 | $ 7,699.64 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 222.69 |
| 6.5% | 212.88 |
| 6.6% | 52.05 |
| | $ 487.62 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Henderson, Kawada L | Case Number: 07 B 04671 |
| | Judge: Wedoff, Eugene R |
| Printed: 01/22/09 | Filed: 3/16/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                    Marilyn O. Marshall, Trustee, by:

